**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Megan Chateedah Autry and James Allen Hoskins,
Defendants,

Of whom James Allen Hoskins is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-002096

———————————

Appeal From Darlington County
Timothy H. Pogue, Family Court Judge

———————————

Unpublished Opinion No. 2025-UP-300
Submitted August 12, 2025 – Filed August 22, 2025

———————————

**AFFIRMED**

———————————

Nancy Carol Fennell, of Irmo, for Appellant.

Hailey Powers Turnblad, of Evans & Turnblad, LLC, of Florence, as the Guardian ad Litem for Appellant.

Tiffany Brooke Allen, of the South Carolina Department of Social Services, of Hartsville, for Respondent.

Stuart Wesley Snow, Jr., of Snow & Bailey Law Firm, P.A., of Florence, for the Guardian ad Litem for the minor child.

---

**PER CURIAM:** James Allen Hoskins appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Hoskins's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and THOMAS and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.